ALBANY,
June, 1834,

Blanchard
v.
Dwight.

---

BLANCHARD *vs.* DWIGHT.

On presenting a petition for the removal of a cause into the circuit court of the United States, a bond in the sum of $1000 is good security within the meaning of the act, though the sum demanded be $14,000, when the defendant has not been holden to bail in this court.

June 5.   THE defendant presented a petition for the removal of this cause into the circuit court of the United States, and also presented a bond in the penal sum of $1000, conditioned for entering in the circuit court copies of the process against him and for his appearance, and prayed for a rule that no further proceeding be had in this court. The suit was commenced in this court by the filing and service of a declaration, in which the damages were laid at $14,000. On the part of the plaintiff, it was objected that the law of the United States required that the defendant, in a case like this, should

offer *good and sufficient surety* for his appearance, &c. and a bond in this case for $1000 was not a compliance with the act. Laws of U. S., sess. 1, ch. 20, § 12.

*By the Court,* NELSON, J. Had the defendant been holden to bail in this court for the sum mentioned in the declaration, the surety offered would have been insufficient; but as the suit was commenced by declaration, and of course no bail required, a bond in the penalty of $1000 is amply sufficient.